**Order entered May 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01124-CR

**SHARRI KAYE EVENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-87496-2011**

## ORDER

Appellant's April 3, 2013 motion for extension of time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **FOURTEEN DAYS** from the date of this order.

/s/     LANA MYERS
JUSTICE